Cardillo & Corbett
Attorneys for Plaintiff
WORLDWIDE SHIPPING LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
James P. Rau (JR-7209)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WORLDWIDE SHIPPING LTD.,

              Plaintiff,

     -against-

AUPPERLE SPEDITION AND LOGISTIK
GMBH d/b/a AUPPERLE GMBH d/b/a
SPEDITION AUPPERLE GMBH,

             Defendant.
------------------------------------x

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, WORLDWIDE SHIPPING LTD., certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated:    New York, New York
          December 28, 2007

                            CARDILLO & CORBETT
                            Attorneys for Plaintiff,
                            WORLDWIDE SHIPPING LTD.

                    By: _____
                          James P. Rau (JR 7209)

                            29 Broadway
                            New York, NY 10006
                            (212) 344-0464