PRESKA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
WORLDWIDE SHIPPING LTD.,

                     Plaintiff,

         -against-

AUPPERLE SPEDITION AND LOGISTIK
GMBH d/b/a AUPPERLE GMBH d/b/a
SPEDITION AUPPERLE GMBH,

                     Defendant.
-------------------------------------x

ECF
NOTICE OF DISMISSAL
PURSUANT TO FRCP
RULE 41(a)(1)
07 Civ. 11622 (LAP)

PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated: New York, New York
       January 14, 2008

CARDILLO & CORBETT
Attorneys for Plaintiff,
WORLDWIDE SHIPPING LTD.

By: _____
James P. Rau (JR 7209)
29 Broadway
New York, NY 10006
(212) 344-0464

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

January 14, 2008