UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WORLDWIDE SHIPPING LTD.,            :
                                    :
                    Plaintiff,      :
                                    :   ORDER APPOINTING
                                    :   PERSON TO SERVE
       -against-                    :   PROCESS
                                    :   07 Civ. 11622 (LAP)
                                    :
AUPPERLE SPEDITION AND LOGISTIK     :
GMBH d/b/a AUPPERLE GMBH d/b/a      :
SPEDITION AUPPERLE GMBH,            :
                                    :
                    Defendant.      :
------------------------------------x

       Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

       Upon reading the Affidavit of James P. Rau, sworn to December 28, 2007, and good cause having been shown,

       IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process

upon the Defendant herein and upon the garnishees.

Dated:   New York, New York
         December 20 , 2007

                                                United State District Judge

Part I